1  McGREGOR W. SCOTT
   United States Attorney
2
   JAMES E. WEAVER
3  Trial Attorney, Tax Division
   United States Department of Justice
4  P.O. Box 683, Ben Franklin Station
   Washington, DC  20044-0683
5  Telephone: (202) 305-4929
   Facsimile:  (202) 307-0054
6
   Attorneys for the United States
7

8

9                    UNITED STATES DISTRICT COURT

10             EASTERN DISTRICT OF CALIFORNIA AT SACRAMENTO

11

12                                          Civil No.   2:07-CV-00622-GEB-DAD
   FIRST AMERICAN LOANSTAR
13 TRUSTEE SERVICES FORMERLY
   KNOWN AS LOANSTAR
14 MORTGAGEE SERVICES, L.L.C.,
                                            **[PROPOSED] ORDER GRANTING
15          Plaintiff,                      EXTENSION OF TIME TO RESPOND TO
                                            COMPLAINT**
16       v.

17 FINN E. JORGENSEN,
   PASCALE M. JORGENSEN,
18 INTERNAL REVENUE SERVICE[S],              Hearing Date:   May 4, 2007
   BRITT PROANO,
19 GIZZLE JORGENSEN,                         Time: 9:00 a.m.
   MICHEL GEHANT,
20 DANIEL FIREPINE,                          Location: Courtroom 10
   JENNIFER FIREPINE,
21 AND DOES 1 THROUGH 10,
   INCLUSIVE,
22
            Defendants.
23

24

25    Pending before the Court is the Motion for Extension of Time to Respond to Complaint filed

26 by Defendant the United States.  Having considered the motion, the submissions, and the applicable law,

27 and for good cause showing, the Court

28    ORDERS that the Motion for Extension of Time to Respond to Complaint is GRANTED and the

[Proposed] Order re: Extension                - 1 -                                          384.1

Dockets.Justia.com

1  United States shall have until sixty (60) days from the date upon which the United States is properly

2  served in this action to file and serve its response.

3  Dated: April 4, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

14  Drafted by:

15  McGREGOR W. SCOTT
United States Attorney

17  /s/ James E. Weaver
JAMES E. WEAVER
18  Trial Attorney, Tax Division
United States Department of Justice
19  P.O. Box 683, Ben Franklin Station
Washington, DC  20044
20  Telephone: (202) 305-4929

21  Attorneys for the United States