McGREGOR W. SCOTT
United States Attorney

JAMES E. WEAVER
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, DC  20044-0683
Telephone: (202) 305-4929
Facsimile:  (202) 307-0054

Attorneys for the United States

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA AT SACRAMENTO

| | |
|---|---|
| FIRST AMERICAN LOANSTAR TRUSTEE SERVICES FORMERLY KNOWN AS LOANSTAR MORTGAGEE SERVICES, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> FINN E. JORGENSEN, PASCALE M. JORGENSEN, INTERNAL REVENUE SERVICE[S], BRITT PROANO, GIZZLE JORGENSEN, MICHEL GEHANT, DANIEL FIREPINE, JENNIFER FIREPINE, AND DOES 1 THROUGH 10, INCLUSIVE, <br><br> Defendants. | Civil No.   2:07-CV-00622-GEB-DAD <br><br> **[PROPOSED] ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT** <br><br> Hearing Date:   May 4, 2007 <br><br> Time: 9:00 a.m. <br><br> Location: Courtroom 10 |

Pending before the Court is the Motion for Extension of Time to Respond to Complaint filed by Defendant the United States.  Having considered the motion, the submissions, and the applicable law, and for good cause showing, the Court

ORDERS that the Motion for Extension of Time to Respond to Complaint is GRANTED and the

United States shall have until sixty (60) days from the date upon which the United States is properly

served in this action to file and serve its response.

Dated:  April 4, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

Drafted by:

McGREGOR W. SCOTT
United States Attorney

/s/ James E. Weaver
JAMES E. WEAVER
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, DC  20044
Telephone: (202) 305-4929

Attorneys for the United States