McGREGOR W. SCOTT
United States Attorney

JAMES E. WEAVER
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, DC 20044-0683
Telephone: (202) 305-4929
Facsimile: (202) 307-0054

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA AT SACRAMENTO

| | |
|---|---|
| FIRST AMERICAN LOANSTAR TRUSTEE SERVICES FORMERLY KNOWN AS LOANSTAR MORTGAGEE SERVICES, L.L.C.,<br><br>Plaintiff,<br><br>v.<br><br>FINN E. JORGENSEN,<br>PASCALE M. JORGENSEN,<br>INTERNAL REVENUE SERVICE[S],<br>BRITT PROANO,<br>GIZZLE JORGENSEN,<br>MICHEL GEHANT,<br>DANIEL FIREPINE,<br>JENNIFER FIREPINE,<br>AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendants. | Civil No. 2:07-cv-622-GEB-DAD<br><br>(removed from Solano County Superior Court, Case No. FCS029118)<br><br>**[PROPOSED] ORDER OF DISMISSAL** |

Upon review of the Joint Motion and Stipulation for Dismissal, and for good cause shown, it is hereby

ORDERED, that the joint motion is granted; and it is further,

ORDERED that this case is dismissed; and it is further,

ORDERED, that each party shall bear its own costs, except to the extent otherwise set forth Joint

///

[Proposed] Order of Dismissal - 1 - 2815500.1

1  Motion and Stipulation for Dismissal.

2  Dated: January 10, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

15 Drafted by:

16 McGREGOR W. SCOTT
United States Attorney

18 /s/ James E. Weaver
JAMES E. WEAVER
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, DC  20044
Telephone: (202) 305-4929

22 Attorneys for the United States